1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   ROSS K. NAUGHTON
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-SW-0145 KJN |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| 420 Wintergarden Avenue, Sacramento, California, including any and all attachments, attics, basements, garages, carports, outbuildings, appurtenances and grounds. | |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated: March 17, 2016

_____
KENDALL J. NEWMAN
U.S. Magistrate Judge

Carolyn K. Delaney
U.S. Magistrate Judge